# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| 4 WEST, LLC | : | |
| Plaintiff, | : | Case No. 3:20CV1 |
| -vs- | : | District Judge Walter H. Rice |
| AUTO-OWNERS (MUTUAL) INSURANCE COMPANY | : | |
| Defendant. | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator, for purposes of conducting a mediation.

Dated: May 22, 2020

Walter H. Rice
United States District Judge