# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| 4 WEST, LLC, | : | Case No. 3:20-cv-1 |
| Plaintiff, | : | District Judge Walter H. Rice |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| AUTO-OWNERS (MUTUAL) INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER

Pursuant to Southern District of Ohio Civil Rule 83.4(c), Plaintiff's counsel, Jessica E. Salisbury-Copper and Sean P. McCormick, move this Court for leave to withdraw as counsel in this matter. Upon good cause shown, the Motion for Leave to Withdraw as Counsel for Plaintiff 4 West, LLC (Doc. #21) is GRANTED.

This, however, leaves Plaintiff 4 West, LLC without an attorney. It is well settled that corporations, partnerships, and associations cannot appear in federal court except through a licensed attorney. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *Doherty v. American Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984) ("[A] corporation cannot appear in federal court except through an attorney.").

Plaintiff 4 West, LLC must therefore retain a trial attorney. Plaintiff's attorney shall file a notice of appearance in this case on or before **July 7, 2019**. Upon the filing of a notice of appearance, the case will proceed further. Plaintiff 4 West, LLC is advised

that failure to timely comply with this Order to obtain new counsel may result in sanctions, up to and including dismissal of the case.

The Clerk of Court is directed to mail a copy of this Order to 4 West, LLC at the following address:

> Robert Hull
> 4 West, LLC
> 1902 Campus Place, Suite 9
> Louisville, KY 40299

## IT IS THEREFORE ORDERED THAT:

1. Ms. Salisbury-Copper's and Mr. McCormick's Motion to Withdraw as Attorney for Plaintiff 4 West, LLC (Doc. #21) is GRANTED; and

2. Plaintiff 4 West, LLC shall retain a licensed attorney to represent it in this case, and on or before **July 7, 2020**, Plaintiff's attorney shall file a notice of appearance in this case.

June 10, 2020                               *s/Sharon L. Ovington*
                                            Sharon L. Ovington
                                            United States Magistrate Judge

2