IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| 4 WEST, LLC, | : | |
| Plaintiff, | | |
| v. | : | Case No. 3:20-cv-01 |
| AUTO OWNERS (MUTUAL) INSURANCE COMPANY, | | JUDGE WALTER H. RICE |
| Defendant. | : | |

DECISION AND ENTRY VACATING SHOW CAUSE ORDER (DOC. #25); OVERRULING AS MOOT PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SAME (DOC. #26)

After counsel for Plaintiff was given leave to withdraw, and new counsel failed to enter a notice of appearance by the established deadline, the Court issued a Show Cause Order, Doc. #25, directing Plaintiff to show cause by July 23, 2020, why the action should not be dismissed for failure to prosecute. On July 22, 2020, Plaintiff requested an extension of time to respond to the Show Cause Order, Doc. #26, noting that it was in the process of attempting to retain a new attorney.

On August 26, 2020, Attorney Bradley Gibson entered an appearance on behalf of Plaintiff. Doc. #28. Accordingly, the Court VACATES the Show Cause Order, Doc. #25, and OVERRULES AS MOOT Plaintiff's motion for an extension of time, Doc. #26.

Date: August 31, 2020

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE
2